IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATHEW CAMPBELL,<br>Defendant. | CASE NO. 1:26-CR-00006-JLT-SAB<br>**RESTITUTION ORDER** |

The defendant, Matthew Campbell, is ordered to pay $4,589,817 in restitution to the victims identified in the Restitution Attachement. ECF 19-1.

If incarcerated, payment of any unpaid criminal monetary penalties in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program. The defendant shall make payments toward any unpaid criminal monetary penalties in this case during supervision at the rate of at least 10% of the defendant's gross monthly income. Payments are to commence no later than 60 days from placement on supervision. This payment schedule does not prohibit the United States from collecting through all available means any unpaid criminal monetary penalties at any time, as prescribed by law.

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE